# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 11/25/2022 | 266296 | Check | $ 1,337.05 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 11/25/2022 | 266295 | Check | $ 825.24 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 12/7/2022 | 266408 | Check | $ 12,946.94 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 12/7/2022 | 266407 | Check | $ 1,039.80 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 12/20/2022 | 266562 | Check | $ 14,616.69 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 12/20/2022 | 266561 | Check | $ 402.01 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 1/17/2023 | 266923 | Check | $ 8,047.99 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 1/17/2023 | 266922 | Check | $ 6,559.49 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 1/25/2023 | 266996 | Check | $ 1,616.47 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 1/25/2023 | 266997 | Check | $ 3,239.60 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 2/8/2023 | 267180 | Check | $ 3,597.73 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 2/8/2023 | 267181 | Check | $ 10,172.91 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 2/15/2023 | 267290 | Check | $ 1,079.60 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 2/15/2023 | 267291 | Check | $ 2,207.07 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 2/21/2023 | 267348 | Check | $ 2,081.93 |
| Akorn Operating Company, LLC | W.W. GRAINGER INC. | 2/21/2023 | 267349 | Check | $ 2,419.84 |
| | | | | | $ 72,190.36 |